# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 2, 2019

157052(55)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

THE MEISNER LAW GROUP PC,
   Plaintiff-Appellant,

v

             SC: 157052
             COA: 332815
WESTON DOWNS CONDOMINIUM  Oakland CC: 2015-149199-CB
ASSOCIATION,
   Defendant-Appellee.

_____/

   On order of the Court, the motion for reconsideration of this Court's November 21, 2018 order is considered, and it is DENIED, because we are not persuaded that reconsideration of our previous order is warranted. MCR 7.311(G).



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 2, 2019



a0325

                Clerk